IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:17-cv-00864 (EGS) |
| UNITED STATES DEPARTMENT OF STATE, | ) |
| and | ) |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, pursuant to the Court's order dated October 10, 2017, respectfully submit the following:

1. Since the parties' last joint status report, each agency has made two interim responses to Plaintiff Judicial Watch's requests under the Freedom of Information Act ("FOIA"). On October 13, 2017, Defendant U.S. Department of State ("State") released 1 document in full and withheld 4 documents in full, and Defendant U.S. Department of the Treasury ("Treasury") withheld 450 pages in full. On November 15, 2017, State released 8 documents in part and withheld 21 documents in full, and Treasury withheld in full 977 pages.

2. In the parties' last Joint Status Report, State explained that it had not had an opportunity to determine its volume of potentially responsive material in light of Judicial Watch's agreement to narrow the time frame of its request to State's Office of Legal Adviser. *See*

1

ECF No. 9 at 2.  State has now determined that it possesses approximately 32,000 pages of potentially responsive material remaining to be processed.  Treasury has approximately 20,500 pages of potentially responsive material remaining to be processed.  Both agencies continue to expect that a significant number of pages will be duplicative, non-responsive, or exempt from production.

3. On December 5, 2017, Plaintiff agreed to limit their requests to Treasury and to State (other than State's Office of Legal Adviser) such that Plaintiff seeks only documents from Defendants' collected records that fall within the time periods of January 1, 2016 to January 24, 2016 and August 1, 2016 to August 23, 2016.  The previous agreement regarding the date limitation to State's Office of Legal Adviser remains in effect, and thus the time frame of the request to that office remains from January 1, 2016 to January 24, 2016, and does not include the August 1, 2016 to August 23, 2016 date range.

4. Defendants have not had an opportunity to determine how many pages will be removed from their record collections to account for this date limitation.  Defendants will endeavor to determine how many pages remain to be processed by February 5, 2018.  The parties will continue to explore whether they can reach any other agreements as to narrowing.

5. While Defendants remove records from their collections of records to account for Plaintiff's new date limitation, Defendants will not continue their monthly, rolling responses to Plaintiff's FOIA request.  Once an agency has finished removing records, the parties will confer as to a path forward.

6. Due to the parties' ongoing cooperation, the parties propose that they file a joint status report on or before February 16, 2018 to apprise the Court of the status of Plaintiff's FOIA requests and how the parties propose they proceed in this action.

Dated: December 6, 2017  Respectfully submitted,


         CHAD A. READLER
         Principal Deputy Attorney General

         ELIZABETH J. SHAPIRO
         Deputy Director, Federal Programs Branch

         <u>/s/ Kevin M. Snell</u>
         KEVIN M. SNELL
         Trial Attorney
         United States Department of Justice
         Civil Division, Federal Programs Branch
         20 Massachusetts Avenue N.W., Room 6108
         Washington, D.C.  20530
         Tel.: (202) 305-0924
         Fax: (202) 616-8460
         E-mail:  Kevin.Snell@usdoj.gov

         *Attorneys for Defendants*

         <u>/s/Jason Aldrich</u>

         JASON B. ALDRICH
         D.C. Bar No. 495488

         JUDICIAL WATCH, INC.
         Suite 800
         425 3rd Street, S.W.
         Washington, DC 20024
         Tel.: (202) 646-5172
         Fax.: (202) 646-5199
         E-mail: jaldrich@judicialwatch.org

         *Attorneys for Plaintiff*