**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:17-cv-00864 (EGS) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) |
| and | ) ) |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, pursuant to the Court's order dated February 22, 2019, respectfully submit the following:

1. The U.S. Department of the Treasury ("Treasury") made an interim response to Judicial Watch on February 28, 2019 and March 29, 2019.

2. Treasury has approximately 9,200 pages remaining to be processed. Treasury will continue monthly, interim responses to Judicial Watch's FOIA request on or before the last day of each month. *See* ECF No. 11 at 2. Treasury continues to expect to process for production/withholding or for referral to other agencies a minimum of 500 pages of potentially responsive records per month. *Id.* Treasury also continues to expect that a significant number of pages remaining to be processed will be duplicative, non-responsive, or exempt from production. *See, e.g.*, ECF No. 9 at 2-3.

3. Due to the parties' ongoing cooperation, the parties propose that they file a joint status report on or before July 22, 2019 to apprise the Court of the status of Judicial Watch's FOIA requests and how the parties propose they proceed in this action.

Dated: April 18, 2019        Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Kevin M. Snell
KEVIN M. SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C.  20005
Tel.: (202) 305-0924
Fax: (202) 616-8470
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for Defendants*

/s/Jason Aldrich

JASON B. ALDRICH
D.C. Bar No. 495488

JUDICIAL WATCH, INC.
Suite 800
425 3rd Street, S.W.
Washington, DC 20024
Tel.: (202) 646-5172
Fax.: (202) 646-5199
E-mail: jaldrich@judicialwatch.org

*Attorneys for Plaintiff*